UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: ___14-21887_____ |
| Dalton R. Davis | : | |
| | : | Adv. No.: _____ |
| | : | |
| | : | Judge: ___ABA_____ |
| Debtor (s), | : | |
| _____ : | | Chapter: _____7_____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _ANDREW B. ALTENBURG_, United States Bankruptcy Judge.

**Reason for Hearing:** _Objection to Creditor's Certification of Default_
_____
_____

**Location of Hearing:** Courtroom No. _4B_
_Mitchell H. Cohen U.S. Courthouse_____
_400 Cooper Street 4th Floor_____
_Camden, NJ_____

**Date and Time:** _October 11, 2016 @ 10:00 am_____,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** _✔_ **ARE REQUIRED**      _____ **ARE NOT REQUIRED**

DATED:    _9/12/16_____                    JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _September 12_____, 20 _16_ the foregoing notice was served on the following:

Debtors,Attorney for Debtors (if any),Trustee,
Creditors Attorney

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-21887-ABA
Dalton R. Davis                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Sep 12, 2016
                              Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db          +Dalton R. Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
          Anthony L. Velasquez    on behalf of Creditor    FNA Jersey BOI LLC avelasquez@tryko.com
          Frances Gambardella    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
           attorney in fact bankruptcynotice@zuckergoldberg.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
           alyson@mosherothenberg.com
          Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for the
           registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
           Certificates sobrien@flwlaw.com
          Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
           registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
           Certificates Series 2007-NCW sobrien@flwlaw.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
           Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
           bkecf@sterneisenberg.com,  jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
           Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                       TOTAL: 15