STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on October 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| In Re: | Chapter 13 |
|---|---|
| Dalton R. Davis aka Dalton Davis | Case Number: 14-21887 |
| Debtor(s) | Hearing: _____ |
| | Judge: Andrew B. Altenburg, Jr. |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: October 12, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NEW JERSEY 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

In Re:
Dalton R Davis aka Dalton Davis
        Debtor
--------------------------------------------------
HSBC Bank USA, National Association, as
Indenture Trustee of the Fieldstone Mortgage
Investment Trust, Series 2005-3, by its servicer
Ocwen Loan Servicing, LLC
        Creditor/Movant

Case Number:  14-21887

Chapter 13

Judge:    Andrew B Altenburg, Jr.

ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND IN REM RELIEF
FOLLOWING CERTIFICATION OF DEFAULT OF CONDITIONAL ORDER /STIPULATION

    Upon Motion of HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-3, by its servicer Ocwen Loan Servicing, LLC  (Creditor) for relief and a Certification of Default having been filed in accordance with the Order/Stipulation Resolving the Motion, it is hereby ORDERED AND DECREED that Movant, HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-3, by its servicer Ocwen Loan Servicing, LLC  (Creditor) (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362, et al. to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property:  219 South Second Street, Vineland, NJ 08360 ("Property")

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.