UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    : Case No.: __14-21887_____
Dalton R. Davis                                           :
                                                          : Adv. No.: _____
                                                          :
                                                          : Judge: __ABA_____
                    Debtor (s),                           :
_____ : Chapter: _____13_____


# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.___, United States Bankruptcy Judge.

**Reason for Hearing:**    Debtor(s) Objection to Trustee's Certification of Default_____

**Location of Hearing:**   Courtroom No. _4B_
                           Mitchell H. Cohen U.S. Courthouse_____
                           400 Cooper Street_____
                           Camden, NJ  08101_____

**Date and Time:**         January 27, 2017 @ 9:00 AM_____,
                           or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     _✔_ ARE REQUIRED        _____ ARE NOT REQUIRED


DATED:    _11/21/16_____            JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _November 21_____, 20 _16_ the foregoing notice was served on the following:
Debtor(s)
Attorney for Debtor(s), if any
Chapter 13 Trustee


JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Dalton R. Davis  
    Debtor

Case No. 14-21887-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 21, 2016  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.  
db            +Dalton R. Davis,    16 Northwood Drive,    Vineland, NJ 08360-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:

           Andrew L. Spivack     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
           Andrew L. Spivack     on behalf of Creditor     Wells Fargo Bank, NA nj.bkecf@fedphe.com  
           Anthony L. Velasquez     on behalf of Creditor     FNA Jersey BOI LLC avelasquez@tryko.com  
           Frances Gambardella     on behalf of Creditor     The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact bankruptcynotice@zuckergoldberg.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Joshua I. Goldman     on behalf of Creditor     The Bank of New York Mellon, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Moshe Rothenberg     on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com  
           Sean M. O'Brien     on behalf of Creditor     Wells Fargo Bank, N.A., as Trustee, in trust for the registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates sobrien@flwlaw.com  
           Sean M. O'Brien     on behalf of Creditor     Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through Certificates Series 2007-NCW sobrien@flwlaw.com  
           Steven K. Eisenberg     on behalf of Creditor     HSBC Bank USA, National Association, as Indenture Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com  
           Steven K. Eisenberg     on behalf of Creditor     The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com  
           Steven K. Eisenberg     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com  
           Steven P. Kelly     on behalf of Creditor     HSBC Bank USA, National Association, as Indenture Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                                                          TOTAL: 15