UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

**Order Filed on March 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Dalton R. Davis

Case No.:     14-21887

Chapter:     13

Hearing Date: N/A

Judge:     Andrew B. Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Dalton R. Davis

Case No.: 14-21887/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $900.00 for services rendered and expenses in the amount of $0.00 for a total of $900.00. The allowance shall be payable:

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

    The debtor's monthly plan is modified to require a payment of $3,833.00 per month for 27 remaining months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 14-21887-ABA
Dalton R. Davis                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Mar 27, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db             +Dalton R. Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                         Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, NA nj.bkecf@fedphe.com
          Anthony L. Velasquez    on behalf of Creditor   FNA Jersey BOI LLC avelasquez@tryko.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon, Et Al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Frances Gambardella   on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
           attorney in fact bankruptcynotice@zuckergoldberg.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          James Patrick Shay   on behalf of Creditor   WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
           alyson@mosherothenberg.com
          Sean M. O'Brien    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, in trust for the
           registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
           Certificates sobrien@flwlaw.com
          Sean M. O'Brien    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of the
           registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
           Certificates Series 2007-NCW sobrien@flwlaw.com
          Steven K. Eisenberg    on behalf of Creditor   HSBC Bank USA, National Association, as Indenture
           Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor   HSBC Bank USA, National Association, as Indenture
           Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                            TOTAL: 17