# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>  Dalton R. Davis | Case No.: _____14-21887_____<br><br>Hearing Date: _____<br><br>Chapter: _____13_____<br><br>Judge: _____Altenburg_____ |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Andrew N. Altenburg, Jr.,_____,
United States Bankruptcy Judge.

**Reason for Hearing:**     Objection to Creditor's Certification of Default _____

_____

**Location of Hearing:**     Courtroom No. __4B__
Mitchell H. Cohen U.S. Courthouse _____
400 Cooper Street 4th Floor _____
Camden, NJ _____

**Date and Time:**     May 30, 2017 @ 10:00 AM _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: _5/8/17_____                    JEANNE A. NAUGHTON, Clerk

By: _/s/Birdena Drayton_____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____May 8_____, 20_17_____ this notice was served on the
following: Debtor, Attorney for Debtor, Trustee, Creditor, Attorney for Creditor

JEANNE A. NAUGHTON, Clerk

By: _/s/Birdena Drayton_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Dalton R. Davis
       Debtor

Case No. 14-21887-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 08, 2017
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db              +Dalton R. Davis,    16 Northwood Drive,    Vineland, NJ 08360-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
        Anthony L. Velasquez    on behalf of Creditor    FNA Jersey BOI LLC avelasquez@tryko.com
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Frances Gambardella    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
        Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
        attorney in fact bankruptcynotice@zuckergoldberg.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
        James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
        Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
        jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
        alyson@mosherothenberg.com
        Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for the
        registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
        Certificates sobrien@flwlaw.com
        Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
        registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
        Certificates Series 2007-NCW sobrien@flwlaw.com
        Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
        Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
        jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
        Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
        Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
        jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
        Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
        bkecf@sterneisenberg.com,
        jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
        Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
        Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com,
        bkecf@sterneisenberg.com
                                               TOTAL: 17