STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on June 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| In Re:<br><br>Dalton R. Davis<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 14-21887<br><br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: June 22, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Dalton R. Davis

Case Number: 14-21887

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Motion of HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-3, by its servicer Ocwen Loan Servicing, LLC through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code section 362(d) (and 1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

    ORDERED that the automatic stay of Bankruptcy Code section 362(a) (and section 1301, if applicable) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

    ☑    Real Property more fully described as:

219 South Second Street, Vineland, NJ 08360 -- the "Property".

    ☐    Personal Property more fully described as:

    It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.