# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Dalton R. Davis

Case No.: 14-21887

Hearing Date: _____

Chapter: 13

Judge: Altenburg

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:** 11/17/17 @ 9:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 10/11/17

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 11, 2017 this notice was served on the following: Debtor, Debtor's Attorney, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-21887-ABA
Dalton R. Davis                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1              Date Rcvd: Oct 11, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db             +Dalton R. Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Anthony L. Velasquez    on behalf of Creditor    FNA Jersey BOI LLC avelasquez@tryko.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Frances Gambardella    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
               attorney in fact bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates Series 2007-NCW sobrien@flwlaw.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                               TOTAL: 18