| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | |
|---|---|
| In Re:<br><br>    Dalton R. Davis | |

**Order Filed on February 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     14-21887

Chapter:     13

Hearing Date: N/A

Judge:     Andrew B. Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Dalton R. Davis
Case No.: 14-21887/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 14-21887-ABA
Dalton R. Davis                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1           Date Rcvd: Feb 07, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db            +Dalton R. Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Anthony L. Velasquez    on behalf of Creditor    FNA Jersey BOI LLC avelasquez@tryko.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frances Gambardella    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
               attorney in fact bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
              Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates Series 2007-NCW sobrien@flwlaw.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 19