| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on July 3, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Dalton R. Davis | Case No.:    14-21887<br><br>Chapter:    13<br><br>Adv. No.:    N/A<br><br>Hearing Date:  7/3/2018 @ 10:00 a.m.<br><br>Judge:    Andrew B. Altenburg |

**ORDER TO REINSTATE THE STAY AS TO HSBC BANK USA, NA (OCWEN LOAN SERVICING, LLC)**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: July 3, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Dalton R. Davis
**Case No.:** 14-21887/ABA
**Caption of Order:** to Reinstate the Stay as to HSBC Bank USA, NA (Ocwen Loan Servicing, ~~LLC~~)

Upon consideration of Dalton R. Davis's Motion to Reinstate Automatic Stay as it applies to HSBC Bank USA, NA (Ocwen Loan Servicing, LLC); and good cause appearing therefore; it is hereby

**ORDERED** that the automatic stay provisions of the Bankruptcy Code are hereby reinstated as to HSBC Bank USA, NA (Ocwen Loan Servicing, LLC) regarding property located at 219 South 2nd Street, Vineland, NJ 08360.*

IT IS FURTHER ORDERED that the Debtor shall become current with the creditor, or make arrangements to become current with the creditor, on all post-petition obligations within 30 days from the date of this Order or creditor may file a Certification of Default seeking relief from the stay. **

* This assumes that the foreclosure has not been finalized and property not sold at Sheriff Sale.

** Again, this assumes that the foreclosure has not been finalized and the property not sold at Sheriff Sale.