UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

    Dalton R. Davis

**Order Filed on July 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 14-21887

Chapter: 13

Adv. No.: N/A

Hearing Date: 7/3/2018 @ 10:00 a.m.

Judge: Andrew B. Altenburg

## ORDER TO REINSTATE THE STAY AS TO HSBC BANK USA, NA (OCWEN LOAN SERVICING, LLC)

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: July 3, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Dalton R. Davis
**Case No.:** 14-21887/ABA
**Caption of Order:** to Reinstate the Stay as to HSBC Bank USA, NA (Ocwen Loan Servicing, ~~LLC)~~

Upon consideration of Dalton R. Davis's Motion to Reinstate Automatic Stay as it applies to HSBC Bank USA, NA (Ocwen Loan Servicing, LLC); and good cause appearing therefore; it is hereby

**ORDERED** that the automatic stay provisions of the Bankruptcy Code are hereby reinstated as to HSBC Bank USA, NA (Ocwen Loan Servicing, LLC) regarding property located at 219 South 2nd Street, Vineland, NJ 08360.$^{*}$

IT IS FURTHER ORDERED that the Debtor shall become current with the creditor, or make arrangements to become current with the creditor, on all post-petition obligations within 30 days from the date of this Order or creditor may file a Certification of Default seeking relief from the stay. **

\* This assumes that the foreclosure has not been finalized and property not sold at Sheriff Sale.

\*\* Again, this assumes that the foreclosure has not been finalized and the property not sold at Sheriff Sale.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-21887-ABA
Dalton R. Davis                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jul 03, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.
db             +Dalton R. Davis,    16 Northwood Drive,    Vineland, NJ 08360-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Anthony L. Velasquez    on behalf of Creditor    FNA Jersey BOI LLC avelasquez@tryko.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
              Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates Series 2007-NCW sobrien@flwlaw.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 17