Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 14−21887−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dalton R. Davis
   aka Dalton Davis
   16 Northwood Drive
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−5611

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 24, 2015.

On 03/25/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              May 8, 2019
Time:                   10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 25, 2019
JAN: bed

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 14-21887-ABA
Dalton R. Davis                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Mar 25, 2019
                              Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db          +Dalton R. Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108
aty         +Frances Gambardella,   Zucker Goldberg & Ackerman,   200 Sheffield St, Suite 301,
              Mountainside, NJ 07092-2315
cr          +FNA Jersey BOI LLC,   575 Route 70,   2nd Floor,   PO Box 1030,   Brick, NJ 08723-0090
cr          +HSBC BANK USA, NATIONAL ASSOCIATION,   Stern & Eisenberg, PC,   1040 North Kings Highway,
              Suite 407,   Cherry Hill, NJ 08034-1925
cr          +HSBC Bank USA National Association,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
cr          +HSBC Bank USA, National Association, as Indenture,   Stern & Eisenberg, PC,
              1040 North Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
cr          +Wells Fargo Bank, N.A., as Trustee, in trust for t,   c/o Select Portfolio Servicing, Inc.,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
514962235   +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
514844523   +BJ'S Wholesale Club,   P.O. Box 5230,   Westborough, MA 01581-5230
514844522    Bank Of America,   PO Box 25118,   Tampa, FL 33622-5118
514844524    Calibur Home Loans,   C/O Vericrest Financial Inc,   715 Metropolitan Ave,
              Oklahoma City, OK 73108-2088
514844526   +Citibank,   P.O. Box 769006,   San Antonio, TX 78245-9006
514844527   +Debbie A Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108
517756430   +HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE,   Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department PO Box 24605,   West Palm Beach, FL 33416-4605
517751574   +HSBC Bank USA ,National Association,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
514844529   +Ocwen Loan Servicing,   P.O. Box 24738,   West Palm Beach, FL 33416-4738
515579618   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
515579619   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
514844531   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,   PO Box 5855,
              Carol Stream, IL 60197-5855)
514872842    Toyota Motor Credit Corporation,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515093780   +Wells Fargo Bank NA,   Frenkel, Lambert, Weiss, Weisman & Gordo,   80 Main Street Ste 460,
              West Orange, NJ 07052-5414
515087572   +Wells Fargo Bank, N.A., as Trustee, on behalf of t,   c/o Select Portfolio Servicing, Inc.,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
515096891   +Wells Fargo Bank, NA,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
              Mountainside, NJ 07092-2315
514844532    Wells Fargo Home Morgage,   PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 26 2019 00:12:32     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 26 2019 00:12:28     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
514844528    E-mail/Text: mrdiscen@discover.com Mar 26 2019 00:11:37     Discover,   12 Reads Way,
              New Castle, DE 19720-1649
514865183    E-mail/Text: mrdiscen@discover.com Mar 26 2019 00:11:37     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
514844530   +E-mail/Text: jennifer.chacon@spservicing.com Mar 26 2019 00:13:25
              Select Portfolio Servicing,   Po Box 65250,   Salt Lake City, UT 84165-0250
515096704   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 26 2019 00:13:23
              The Bank of New York Mellon, as Trustee,   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,
              Oklahoma City, OK 73134-2500
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           The Bank of New York Mellon, as Trustee for CIT Mo
cr*         +Wells Fargo Bank, N.A., as Trustee, on behalf of t,   c/o Select Portfolio Servicing, Inc.,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
515097041   ##+Bank of America, N.A.,   Carrington Mortgage Services, LLC,
              1610 East Saint Andrew Place, Suite B150,   Santa Ana, CA 92705-4931
514844525   ##+Carrington Mortgage Services,   1610 E Saint Andrew Pl,   Santa Ana, CA 92705-4931
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 25, 2019
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Anthony L. Velasquez    on behalf of Creditor    FNA Jersey BOI LLC avelasquez@tryko.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION hkaplan@rasnj.com,
               informationathnk@aol.com
              Harold N. Kaplan    on behalf of Creditor    HSBC Bank USA National Association hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
              Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates DMcDonough@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
               registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
               Certificates Series 2007-NCW DMcDonough@flwlaw.com
              Sindi  Mncina    on behalf of Creditor    HSBC Bank USA National Association smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION smncina@rascrane.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 23
```