Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on May 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Dalton R. Davis

Debtor(s)

Case No.: 14-21887 (ABA)

Hearing Date: 05/08/2019

Judge:    Andrew B. Altenburg, Jr.

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: May 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Dalton R. Davis
Case No.: 14-21887 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 03/25/2019, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $6,664.00 **for a period of 2 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $136,649.46 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Dalton R. Davis
Case No.: 14-21887 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Ocwen Loan Servicing will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Ocwen Loan Servicing on account of pre-petition arrears set forth in the proof of claim dated September 14, 2018. Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Dalton R. Davis  
    Debtor

Case No. 14-21887-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 09, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.  
db            +Dalton R. Davis,    16 Northwood Drive,    Vineland, NJ 08360-4108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:

           Andrew L. Spivack     on behalf of Creditor     Wells Fargo Bank, NA nj.bkecf@fedphe.com  
           Andrew L. Spivack     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
           Anthony L. Velasquez     on behalf of Creditor     FNA Jersey BOI LLC avelasquez@tryko.com  
           Denise E. Carlon     on behalf of Creditor     The Bank of New York Mellon, Et Al...  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Harold N. Kaplan     on behalf of Creditor     HSBC Bank USA National Association hkaplan@rasnj.com,  
            informationathnk@aol.com  
           Harold N. Kaplan     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION hkaplan@rasnj.com,  
            informationathnk@aol.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
            summarymail@standingtrustee.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           James Patrick Shay     on behalf of Creditor     WELLS FARGO BANK, N.A. jpshay@mdwcg.com,  
            jpshay@gmail.com  
           Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Joshua I. Goldman     on behalf of Creditor     The Bank of New York Mellon, Et Al...  
            jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Kevin M. Buttery     on behalf of Creditor     The Bank of New York Mellon, as Trustee for CIT  
            Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com  
           Moshe Rothenberg     on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,  
            alyson@mosherothenberg.com;ajohn880@gmail.com  
           Rebecca Ann Solarz     on behalf of Creditor     THE BANK OF NEW YORK MELLON Et Al...  
            rsolarz@kmllawgroup.com  
           Sean M. O'Brien     on behalf of Creditor     Wells Fargo Bank, N.A., as Trustee, on behalf of the  
            registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through  
            Certificates Series 2007-NCW DMcDonough@flwlaw.com  
           Sean M. O'Brien     on behalf of Creditor     Wells Fargo Bank, N.A., as Trustee, in trust for the  
            registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through  
            Certificates DMcDonough@flwlaw.com  
           Sindi Mncina     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION smncina@rascrane.com  
           Sindi Mncina     on behalf of Creditor     HSBC Bank USA National Association smncina@rascrane.com  
           Steven K. Eisenberg     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION  
            bkecf@sterneisenberg.com,  
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
           Steven K. Eisenberg     on behalf of Creditor     HSBC Bank USA, National Association, as Indenture  
            Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,  
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
           Steven K. Eisenberg     on behalf of Creditor     The Bank of New York Mellon, as Trustee for CIT  
            Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,  
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: May 09, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

      Steven P. Kelly    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION skelly@sterneisenberg.com, bkecf@sterneisenberg.com

      TOTAL: 23