**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, NJ 08360
P: (856) 236-4374
F: (856) 405-6769
Attorney for Debtor

**Order Filed on September 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Dalton R. Davis

Case No:  _____14-21887_____

Chapter:  _____13_____

Hearing Date:  9/24/19 @ 10:00 a.m.

Judge:  _____ABA_____

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

  The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 24, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 254-256 North Pearl Street, Bridgeton, NJ 08302

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: The Cit Group/Consumer Finance, Inc.

    b. Current Assignee: The Bank of New York Mellon

    c. Current Servicer: Select Portfolio Servicing, Inc.

    d. Date of Mortgage/Lien: 3/30/2007

    e. Date of Recordation: 4/24/2007

    f. Place of Recordation: Cumberland County, State of New Jersey

      i. Mortgage Book: 4023

      ii. Page: 1837

    g. Original Principal Balance of Mortgage/Lien: $ 174,000.00

---

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*