**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dalton R. Davis | Social Security number or ITIN  xxx–xx–5611 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–21887–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dalton R. Davis
aka Dalton Davis

9/23/19                                                                **By the court:** Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-21887-ABA
Dalton R. Davis                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3            Date Rcvd: Sep 23, 2019
                               Form ID: 3180W          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db          +Dalton R. Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108
aty         +Frances Gambardella,   Zucker Goldberg & Ackerman,   200 Sheffield St, Suite 301,
              Mountainside, NJ 07092-2315
cr          +FNA Jersey BOI LLC,   575 Route 70,   2nd Floor,   PO Box 1030,   Brick, NJ 08723-0090
cr          +HSBC BANK USA, NATIONAL ASSOCIATION,   Stern & Eisenberg, PC,   1040 North Kings Highway,
              Suite 407,   Cherry Hill, NJ 08034-1925
cr          +HSBC Bank USA National Association,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
cr          +HSBC Bank USA, National Association, as Indenture,   Stern & Eisenberg, PC,
              1040 North Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
cr          +Wells Fargo Bank, N.A., as Trustee, in trust for t,   c/o Select Portfolio Servicing, Inc.,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
514962235   +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
514844523   +BJ'S Wholesale Club,   P.O. Box 5230,   Westborough, MA 01581-5230
514844524    Calibur Home Loans,   C/O Vericrest Financial Inc,   715 Metropolitan Ave,
              Oklahoma City, OK  73108-2088
514844527   +Debbie A Davis,   16 Northwood Drive,   Vineland, NJ 08360-4108
517756430   +HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE,   Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department PO Box 24605,   West Palm Beach, FL 33416-4605
517751574   +HSBC Bank USA ,National Association,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
514844529   +Ocwen Loan Servicing,   P.O. Box 24738,   West Palm Beach, FL 33416-4738
515579618   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
515579619   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515093780   +Wells Fargo Bank NA,   Frenkel, Lambert, Weiss, Weisman & Gordo,   80 Main Street Ste 460,
              West Orange, NJ 07052-5414
515087572   +Wells Fargo Bank, N.A., as Trustee, on behalf of t,   c/o Select Portfolio Servicing, Inc.,
              3815 South West Temple,   Salt Lake City, UT 84115-4412
515096891   +Wells Fargo Bank, NA,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
              Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 00:04:09     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 00:04:05     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
514844522    EDI: BANKAMER2.COM Sep 24 2019 03:23:00     Bank Of America,   PO Box 25118,
              Tampa, FL  33622-5118
514844526   +EDI: CITICORP.COM Sep 24 2019 03:23:00     Citibank,   P.O. Box 769006,
              San Antonio, TX 78245-9006
514844528    EDI: DISCOVER.COM Sep 24 2019 03:23:00     Discover,   12 Reads Way,
              New Castle, DE  19720-1649
514865183    EDI: DISCOVER.COM Sep 24 2019 03:23:00     Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
514844530   +E-mail/Text: jennifer.chacon@spservicing.com Sep 24 2019 00:05:01
              Select Portfolio Servicing,   Po Box 65250,   Salt Lake City, UT 84165-0250
514844531    EDI: TFSR.COM Sep 24 2019 03:23:00     Toyota Financial Services,   PO Box 5855,
              Carol Stream, IL  60197-5855
518196972    E-mail/Text: jennifer.chacon@spservicing.com Sep 24 2019 00:05:01
              The Bank of New York Mellon,,   successor to The Bank of New York, et al,
              c/o Select Portfolio Servicing, Inc.,   P.O. Box 65450,   Salt Lake City, UT 84165-0450,
              The Bank of New York Mellon,
518196971    E-mail/Text: jennifer.chacon@spservicing.com Sep 24 2019 00:05:01
              The Bank of New York Mellon,,   successor to The Bank of New York, et al,
              c/o Select Portfolio Servicing, Inc.,   P.O. Box 65450,   Salt Lake City, UT 84165-0450
515096704   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 24 2019 00:04:59
              The Bank of New York Mellon, as Trustee,   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,
              Oklahoma City, OK 73134-2500
514872842    EDI: BL-TOYOTA.COM Sep 24 2019 03:23:00     Toyota Motor Credit Corporation,
              c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514844532    EDI: WFFC.COM Sep 24 2019 03:23:00     Wells Fargo Home Morgage,   PO Box 10335,
              Des Moines, IA  50306-0335
                                                                                              TOTAL: 13

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Sep 23, 2019
                               Form ID: 3180W               Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, as Trustee for CIT Mo
cr*            +Wells Fargo Bank, N.A., as Trustee, on behalf of t,   c/o Select Portfolio Servicing, Inc.,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
515097041      ##+Bank of America, N.A.,    Carrington Mortgage Services, LLC,
                1610 East Saint Andrew Place, Suite B150,    Santa Ana, CA 92705-4941
514844525      ##+Carrington Mortgage Services,    1610 E Saint Andrew Pl,    Santa Ana, CA 92705-4941
                                                                                    TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2019 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Anthony L. Velasquez    on behalf of Creditor    FNA Jersey BOI LLC avelasquez@tryko.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION hkaplan@rasnj.com,
           informationathnk@aol.com
          Harold N. Kaplan    on behalf of Creditor    HSBC Bank USA National Association hkaplan@rasnj.com,
           informationathnk@aol.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. jpshay@mdwcg.com,
           jpshay@gmail.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
          Moshe Rothenberg    on behalf of Debtor Dalton R. Davis mosherothenbergbkesq@gmail.com,
           alyson@mosherothenberg.com;ajohn880@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
           rsolarz@kmllawgroup.com
          Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for the
           registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
           Certificates DMcDonough@flwlaw.com
          Sean M. O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
           registered holders of MASTR Asset Backed Securities Trust 2007-NCW, Mortgage Pass-Through
           Certificates Series 2007-NCW DMcDonough@flwlaw.com
          Sindi  Mncina    on behalf of Creditor    HSBC Bank USA National Association smncina@rascrane.com
          Sindi  Mncina    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION smncina@rascrane.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
           Trustee, by its servicing agent, Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1 bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Sep 23, 2019
                              Form ID: 3180W           Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture Trustee, by its servicing agent, Ocwen Loan Servicing, LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        Steven P. Kelly    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION skelly@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                     TOTAL: 23